UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVGENY RYZHOV,

                           Plaintiff,

              -against-

KONSTANTIN MALOFEYEV, et al.,

                           Defendants.

23-CV-1072-JMF

ORDER OF SERVICE

Jesse M. Furman, United States District Judge:

This case was previously dismissed after Plaintiff, who is proceeding *pro se*, failed to cure certain deficiencies in his IFP application or to pay filing fees.  *See* ECF No. 12.  On April 25, 2023, Plaintiff filed a motion to reopen the case, arguing that he inadvertently missed the prior deadline of March 17, 2023, due to a filing mistake.  *See* ECF No. 16.  Also on April 25, 2023, Plaintiff paid the required filing fees.

For the reasons explained in this Court's April 21, 2023 Order, *see* ECF No. 15, to the extent that Plaintiff now argues that the denial of his IFP status should be reconsidered, his motion is DENIED.  His motion to reopen the case, however, is GRANTED because he has now paid the filing fees.  The Clerk of Court is directed to issue summonses as to Defendants Konstantin Malofeyev and Tsargrad TV.  Plaintiff is directed to serve the summons and complaint on each Defendant within six months of the issuance of the summonses.  If within those six months, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

              SO ORDERED.

Dated:  April 27, 2023
            New York, New York

_____
            JESSE M. FURMAN
            United States District Judge