UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
EVGENY RYZHOV,                                                    :
:
Plaintiff,                                     :
:           23-CV-1072 (JMF)
-v-                                     :
:                 ORDER
KONSTANTIN MALOFEYEV, et al.,                                     :
:
Defendants.                                    :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On September 11, 2023, Plaintiff Ryzhov requested leave to file a Second Amended Complaint.  ECF No. 41.  Plaintiff shall file a red-line — that is, a comparison document showing the differences between the two documents — of the Amended Complaint and proposed Second Amended Complaint no later than **September 28, 2023**.

SO ORDERED.

Dated: September 14, 2023
       New York, New York                    _____
                                                    JESSE M. FURMAN
                                                 United States District Judge