UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                              :

EVGENY RYZHOV,
                                              :

                    Plaintiff,           :

                                                :          23-CV-1072 (JMF)

          -v-                            :

                                              :             <u>ORDER</u>

KONSTANTIN MALOFEYEV, et al.,
                                            :

                  Defendants.      :

                                              :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Plaintiff's request to file a Second Amended Complaint, *see* ECF No. 41, is GRANTED upon Plaintiff's representation of the limited changes, *see* ECF No. 46.  Plaintiff shall file a clean version of the Second Amended Complaint on ECF as a stand-alone document within seven days of this Order.

       SO ORDERED.

Dated: September 18, 2023
      New York, New York                          _____
                                           JESSE M. FURMAN
                                        United States District Judge