UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                       :

EVGENY RYZHOV,                                            :

                           Plaintiff,                    :
                                                        :      23-CV-1072 (JMF)
             -v-                                      :
                                                        :              ORDER

KONSTANTIN MALOFEYEV et al.,             :

                       Defendants.                :
----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Due to a Court conflict, the default judgment hearing scheduled for June 25, 2024, at 4:00 p.m. is hereby RESCHEDULED to **June 26, 2024**, at **4:00 p.m.** The call-in information remains the same. Plaintiff shall serve a copy of this Order upon Tsargrad Media by all of the means approved by the Court as sufficient alternate service, ECF No. 53, at 3-4, and upon Malofeyev by mail to his last known residence, within **five business days** of this Order. Plaintiff shall file proof of service within **three business days of such service**.

       SO ORDERED.

Dated: May 15, 2024
       New York, New York
                                                _____
                                                       JESSE M. FURMAN
                                               United States District Judge